# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**STEMLIT GROWERS, INC.,**
a Washington Corporation,

    Plaintiff,

v.                                    Case No.  8:05-cv-964-T-30TBM

**GLOBAL HARVEST, INC.,** a Florida
Corporation and **JAYE WEBSTER,** an
individual,

    Defendants.
_____/

## **ORDER OF DISMISSAL**

The Court has been advised by Plaintiff's counsel that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on September 13, 2005.

                                                      JAMES S. MOODY, JR.
                                                     UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-964.dismissal.wpd